# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES W. WINDHAM,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>M. MARIN, et al.,<br><br>　　　　　Defendants. | ) 1:14-cv-01636-BAM (PC)<br>)<br>)<br>) ORDER REQUIRING PLAINTIFF TO PAY<br>) $400.00 FILING FEE IN FULL OR FILE AN<br>) APPLICATION TO PROCEED IN FORMA<br>) PAUPERIS WITHIN FORTY-FIVE DAYS<br>)<br>)<br>)<br>) |

　　　Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 6, 2014.  The action was transferred to this Court on October 20, 2014.  A review of the docket reveals that Plaintiff neither paid the $400.00 filing fee nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, it is HEREBY ORDERED that:

　　　Within forty-five (45) days from the date of service of this order, Plaintiff shall either pay the $400.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and signed.  **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

　Dated:　**October 22, 2014**　　　　　　　　/s/ *Barbara A. McAuliffe*　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1