# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES W. WINDHAM,<br><br>       Plaintiff,<br><br>  v.<br><br>M. MARIN, et al.,<br><br>       Defendants. | 1:14-cv-01636-LJO-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO AMEND<br><br>ORDER DIRECTING CLERK OF COURT TO CORRECT THE DOCKET TO REFLECT TRUE NAME OF DEFENDANT<br><br>(ECF No. 22) |

     Plaintiff Charles W. Windham ("Plaintiff") is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on October 6, 2014, and the matter was transferred to this Court on October 20, 2014.

     On March 30, 2015, the Court found service of Plaintiff's original complaint appropriate and directed Plaintiff to submit service documents for Defendants Uribe, Marin, Raley, Contreras, Capano, Rubio, Shiver, Morales and Navarro. (ECF No. 17.)

     On April 10, 2015, Plaintiff filed a motion to amend his as yet unfiled amended complaint to reflect the true name of Defendant Raley as "W. Rasley." (ECF No. 22.)

     On April 13, 2015, Plaintiff returned service documents for defendants, and the Court directed the United States Marshal to serve Plaintiff's complaint, filed on October 6, 2014. (ECF Nos. 23, 24.)

1

1    Plaintiff's request to amend an as yet unfiled amended complaint is HEREBY DENIED.
2  However, the Clerk of the Court is directed to correct the docket to reflect the true name of
3  Defendant Raley as "W. Rasley."

5  IT IS SO ORDERED.

   Dated:   **April 20, 2015**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE