UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES W. WINDHAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. MARIN, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-01636-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S REQUEST FOR INJUNCTIVE RELIEF<br><br>(ECF Nos. 25, 26, 28) |

　　Plaintiff Charles W. Windham ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　On April 21, 2015, the Magistrate Judge issued Findings and Recommendations that Plaintiff's request for injunctive relief be denied. The Findings and Recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. (ECF No. 28.) More than fourteen days have passed and no objections have been filed.

　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1.  The Findings and Recommendations issued on April 21, 2015, are adopted in full; and

3  2.  Plaintiff's request for injunctive relief is HEREBY DENIED.

5  IT IS SO ORDERED.

6  Dated:  **May 15, 2015**          /s/ Lawrence J. O'Neill
7                                    UNITED STATES DISTRICT JUDGE