UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES W. WINDHAM,<br><br>  Plaintiff,<br><br>  v.<br><br>M. MARIN, et al.,<br><br>  Defendants. | Case No.: 1:14-cv-01636-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION TO PROCEED BEFORE U.S. MAGISTRATE JUDGE<br><br>(ECF No. 41) |

　　　Plaintiff Charles W. Windham ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's Eighth Amendment claims of excessive force against Defendants M. Marin, D. Uribe, W. Rasley, J. Contreras, A. Capano, R. Rubio and Doe #1, and for deliberate indifference to serious medical needs against Defendants C. Navarro, V. Morales, M. Marin and S. Shiver.

　　　On August 6, 2015, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion to proceed before a U.S. Magistrate Judge despite Defendants' non-consent be denied.  The Findings and Recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service.  (ECF No. 41.)  More than fourteen days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on August 6, 2015, are adopted in full; and
2. Plaintiff's motion to proceed before a U.S. Magistrate Judge is DENIED.

IT IS SO ORDERED.

Dated: **August 31, 2015**         /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE