# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES W. WINDHAM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>M. MARIN, et al.,<br><br><br>　　　　　Defendants. | ) 1:14-cv-01636-LJO-BAM (PC)<br>)<br>) ORDER DENYING PLAINTIFF'S MOTION<br>) FOR AN ORDER REQUIRING<br>) DEFENDANTS' COUNSEL TO RE-SERVE<br>) DOCUMENTS, FOR A STAY OF<br>) PROCEEDINGS, AND FOR AN<br>) EXTENSION OF TIME TO RESPOND TO<br>) DEFENDANTS' MOTION FOR SUMMARY<br>) JUDGMENT<br>)<br>) (ECF No. 52)<br>)<br>) |

Plaintiff Charles W. Windham ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Eighth Amendment claims of excessive force against Defendants M. Marin, D. Uribe, W. Rasley, J. Contreras, A. Capano, R. Rubio, and Doe #1, and for deliberate indifference to serious medical needs against Defendants C. Navarro, V. Morales, M. Marin, and S. Shiver.

Currently before the Court is Plaintiff's motion for an order directing Defendants to re-serve documents on him, and requesting a stay of proceedings, and an extension of time to file a response to Defendants' motion for summary judgment. (ECF No. 52). In his motion, Plaintiff explains that Defendants sent him a double-sided copy of their motion for summary judgment dated September 2, 2015, and supporting documents. He states that he prefers a single-sided copy because the prison staff opened and mixed-up his legal mail, and the double-sided copies are confusing to sort through and re-organize. (Id. at 2.) As a result, he asks the Court to direct

Defendants' counsel to send him a single-sided copy of the motion for summary judgment and supporting documents. Plaintiff also requests a stay of proceedings until he is re-served with those documents, and an extension of time to respond to the motion for summary judgment pending his receipt of the re-served documents. (Id. at 3.)

At this time, the Court does not find it appropriate to order Defendant to re-serve a duplicate, but single-sided, copy of its filings on Plaintiff. Although he has had to spend some time re-organizing them, he confirms that he has received Defendants' filings. To the extent Defendants are able to send single-sided documents to Plaintiff in the future, they are encouraged to do so, but the Court will not require it absent a showing that doing so is necessary. Plaintiff has not shown such a need at this time. As a result, the Court will also not grant Plaintiff's request for a stay in the proceedings or extension of time to respond that was contingent on Plaintiff's request to be re-served with the Defendants' filings.

Accordingly, IT IS HEREBY ORDERED that:

Plaintiff's motion for an order requiring Defendants' counsel to re-serve filings, and requesting a stay and extension of time to respond to Defendants' motion for summary judgment, is denied.

IT IS SO ORDERED.

Dated:   __September 17, 2015__          ____/s/ Barbara A. McAuliffe____
                                         UNITED STATES MAGISTRATE JUDGE