# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES W. WINDHAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIN, et al.,<br><br>　　　　　Defendants. | Case No. 1:14-cv-01636-DAD-BAM (PC)<br><br>ORDER SETTING EVIDENTIARY HEARING ON THE ISSUE OF EXHAUSTION<br><br>**Date: Thursday, May 10, 2018**<br>**Time: 10:00 a.m.**<br>**Location: Courtroom 8 (BAM)** |

Plaintiff Charles W. Windham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Eighth Amendment claims of excessive use of force against Defendants Marin, Uribe, Rasley, Contreras, Capano, and Rubio, and for deliberate indifference to serious medical needs against Defendants Navarro, Morales, Marin, and Shiver.

On September 2, 2015, Defendants filed a motion for summary judgment based on Plaintiff's failure to exhaust administrative remedies. (ECF No. 49.) On March 7, 2018, following a protracted discovery dispute, the assigned District Judge adopted the findings and recommendations to deny the motion, subject to an evidentiary hearing being held in order to resolve factual disputes concerning exhaustion. (ECF No. 138.)

On March 21, 2018, the Court held a telephonic conference regarding the setting of an evidentiary hearing on the issue of exhaustion of administrative remedies, pursuant to Albino v.

1

Baca, 747 F.3d 1162, 1170 (9th Cir. 2014).  Plaintiff Charles W. Windham appeared on his own behalf.  Counsel James Wilson telephonically appeared on behalf of Defendants.

Accordingly, it is HEREBY ORDERED as follows:

1. An evidentiary hearing is SET before the undersigned to decide the disputed issues of fact relating to the exhaustion of Plaintiff's claims, as stated in this Court's Findings and Recommendations regarding Defendants' Motion for Summary Judgment for Failure to Exhaust Administrative Remedies (ECF NO. 136);

2. The hearing will be held on **Thursday, May 10, 2018, at 10:00 a.m., in Courtroom 8, Sixth Floor of the United States District Court in Fresno, California**.  The hearing will commence and be completed that day, and will be limited to the issue of whether Plaintiff is excused from the Prison Litigation Reform Act's exhaustion requirement because administrative remedies were "effectively unavailable;"

3. In preparation for the hearing, no later than **April 13, 2018**, the parties SHALL meet and confer, by telephone or in person, regarding the witnesses to be called and the evidence to be presented at the hearing;

4. No later than **April 13, 2018**, defense counsel shall file a statement setting forth the witnesses and documents Defendants intend to present at the hearing;

5. No later than **April 27, 2018**, Plaintiff shall file a statement setting forth the witnesses and documents Plaintiff intends to present at the hearing;

    a. For any witness, not listed by Defendants, that Plaintiff wishes to testify at the hearing, Plaintiff SHALL make an offer of proof as to the anticipated content of the testimony and how it is relevant to the issue of whether administrative remedies were effectively unavailable, as specifically related to Plaintiff; and

6. A separate order and writ of habeas corpus ad testificandum for Plaintiff will be issued.

IT IS SO ORDERED.

Dated:  **March 21, 2018**                    /s/ *Barbara A. McAuliffe*
                                                                      UNITED STATES MAGISTRATE JUDGE